Anna Bienstock, Respondent, v. Advance Freightways, Inc., Appellant.— Order granting plaintiff's motion for a reconsideration and preferring cause for trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Patrick Langan, Inc., Respondent, v. Frank L. Gibson, Doing Business as Gibson Transportation Co., Appellant.— Order denying defendant's motion to dismiss the complaint for failure to prosecute on condition that the case be noticed for trial at the next available term of court, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

George Strauss, an Infant, by His Guardian ad Litem, Gussie Strauss, and Gussie Strauss, Respondents, v. Dorothy Bretzfield, Appellant.— Order granting plaintiffs' motion for a reconsideration of a motion for a preference, and upon such reconsideration preferring cause for trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of Supplementary Proceedings: I. Miller, Inc., Judgment Creditor, Appellant, v. " John " F. Donnelly, Judgment Debtor, Respondent.— Appeal from an order of the Supreme Court, Westchester county, directed to be entered in New York county, denying motion of judgment creditor to punish judgment debtor for alleged contempt for failure to appear for examination in supplementary proceedings unanimously dismissed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Albany Savings Bank, Respondent, v. Clargus Realty Corp. and Others, Defendants, Impleaded with Frances Netter, Appellant.— Order denying motion of defendant-appellant to vacate and set aside judgment of foreclosure and to permit her to serve a supplemental answer to the complaint, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Bank of Manhattan Trust Company, Successor to American Trust Company, as Trustee under a Certain Mortgage or Deed of Trust, etc., Made by 251 West 71st Street, Inc., Respondent, v. 251 West 71st Street, Inc., and Others, Defendants, and Rae Ranzal, Intervenor, Appellant.— Order denying motion of the intervenor for an order directing that the plaintiff, as trustee, file a plan of reorganization in accordance with the prayer of the petition, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Catherine M. Pollock and Another, Appellants, v. Turquoise Realty Corporation, Respondent.— Order, so far as appealed from, denying plaintiffs' motion for an examination of defendant before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.